PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VALENTINO LOVATO,<br><br>Defendant. | CASE NO. 2:23-CR-16-TLN-2<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 2, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through AUSA Emily G. Sauvageau, and defendant Michael Valentino Lovato, by and through defense counsel Chris Cosca, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 2, 2023.

2. By this stipulation, defendant now moves to continue his status conference until June 8, 2023, at 9:30 a.m., and to exclude time between March 2, 2023, and June 8, 2023, under Local Code T4, with respect to defendant Lovato only. Co-defendant Ramirez has not yet made his initial appearance in federal court, so this status continuance and exclusion of time is not applicable to Ramirez.

3. The parties agree, stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, which have been either produced directly to counsel and/or made available for inspection and copying. Further, the discovery in this case includes hours of

surveillance footage and audio and video recordings, which the government anticipates producing to defense counsel within the next two weeks.

   b) Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery for this matter, discuss potential resolutions with his client, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2023 to June 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] with respect to this defendant only because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 28, 2023        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ EMILY G. SAUVAGEAU
                   EMILY G. SAUVAGEAU
                   Assistant United States Attorney

Dated: February 28, 2023                /s/ CHRIS COSCA
                                        CHRIS COSCA
                                        Counsel for Defendant
                                        MICHAEL VALENTINO
                                        LOVATO

**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of February, 2023.

_____
Troy L. Nunley
United States District Judge