1  COSCA LAW CORPORATION
   CHRIS COSCA    CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   MICHAEL LOVATO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00016-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL LOVATO, | DATE: November 16, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Michael Lovato, by and through his counsel of record, hereby stipulate as follows:

1.  On the court's own motion, this matter was set for status on November 16, 2023. Defense counsel is unavailable on that date.

2.  By this stipulation, the defendant now moves to continue the status conference until December 7, 2023, and to exclude time between November 16, 2023, and December 7, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 450 pages, including law enforcement reports, criminal history reports, and recorded phone calls and text messages, which has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for the defendant desires additional time to review the current charges,

consult with his client, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

        c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2023, to December 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 8, 2023                        PHILLIP A. TALBERT
                                                                 United States Attorney

                                                                 /s/ Matthew De Moura
                                                                 Matthew De Moura
                                                                 Assistant United States Attorney

Dated:  November 8, 2023                        /s/ CHRISTOPHER COSCA
                                                                 CHRISTOPHER COSCA
                                                                 Counsel for Defendant
                                                                 MICHAEL LOVATO

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of November, 2023.

_____
Troy L. Nunley
United States District Judge