1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   MICHAEL LOVATO

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO. 2:23-CR-00016-TLN

11                  Plaintiff,           STIPULATION AND ORDER TO
                                         CONTINUE JUDGMENT AND
12 v.                                    SENTENCING

13 MICHAEL LOVATO,

14                  Defendant.

15

16                              **STIPULATION**

17     By previous order, this matter was set for Judgment and Sentencing on March 28, 2024. The

18 parties now request a continuance to allow sufficient time to prepare a presentence investigation

19 report and for the defense to otherwise prepare for the hearing.

20     Accordingly, by this stipulation and with the consent of the probation officer, the parties now

21 move to continue the Judgment and Sentencing to July 18, 2024, with the following schedule:

22

23     Judgment and Sentencing Date:                           July 18, 2024, at 9:30 am

24     Reply, or Statement of Non-Opposition                   July 11, 2024

25     Formal Objections to the Presentence Report shall be filed with the court
26     And served on Probation Officer and opposing counsel no later than:   July 4, 2024

27     The final Presentence Report shall be filed with the Court and disclosed to
       counsel no later than:                                  June 27, 2024
28

                                           1
USA v. LOVATO, Stipulation and Order to Con't J&S

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: June 20, 2024

The draft Presentence Report shall be disclosed to counsel no later than: June 6, 2024

**IT IS SO STIPULATED.**

DATED: March 15, 2024	/s/ Emily Sauvageau
	EMILY SAUVAGEAU
	Assistant United States Attorney


DATED: March 15, 2024	/s/ Chris Cosca
	CHRIS COSCA
	Counsel for Defendant
	MICHAEL LOVATO


## ORDER

IT IS SO FOUND AND ORDERED this 18th day of March, 2024.

	_____
	Troy L. Nunley
	United States District Judge