COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MICHAEL LOVATO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00016-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| MICHAEL LOVATO, | |
| Defendant. | |

## STIPULATION

By previous order, this matter was set for Judgment and Sentencing on July 18, 2024. Due to Mr. Lovato's recent medical issues, injury, and concerns regarding transportation to court, the parties now request a continuance to October 24, 2024.

**IT IS SO STIPULATED.**

DATED: July 15, 2024        /s/ Emily Sauvageau
                            EMILY SAUVAGEAU
                            Assistant United States Attorney


DATED: July 15, 2024        /s/ Chris Cosca
                            CHRIS COSCA
                            Counsel for Defendant
                            MICHAEL LOVATO

1
USA v. LOVATO, Stipulation and Order to Con't J&S

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of July 2024.

_____
Troy L. Nunley
United States District Judge